| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

# Motion and Order for Admission *Pro Hac Vice*

| Division | Galveston | Case Number | 3:23-cv-00398 |
|---|---|---|---|

Spring Branch Wildlife Preserve; Ted Dahl, agent

*versus*

U.S. Environmental Protection Agency

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Phillip R. Dupre<br>U.S. Dep't of Justice, ENRD<br>PO Box 7611<br>Washington, DC 20044<br>202-598-9530; phillip.r.dupre@usdoj.gov<br>TX 24069650 |
|---|---|

| Name of party applicant seeks to appear for: | U.S. Environmental Protection Agency |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ___✔___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 3/3/2025 | Signed: | /s/Phillip R. Dupré |
|---|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**

**This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
United States District Judge